UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 03 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL KNISLEY,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>ADVANCIA CORP. DISABILITY BENEFITS PLAN; et al.,<br><br>  Defendants - Appellees. | No. 05-35852<br><br>D.C. No. CV-04-00081-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
FEB 07 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Pursuant to stipulation of the parties, this appeal is dismissed as to Guardian Life Insurance Company. The appeal shall remain as to defendants Advancia Corporation and Advancia Corporation Disability Benefits Plan.

Appellant and Guardian Life Insurance Company shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Claudia L. Bernard
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 03 2006

by:
Deputy Clerk