UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 26 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DANIEL KNISLEY,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>ADVANCIA CORP. DISABILITY BENEFITS PLAN; et al.,<br><br>Defendants - Appellees. | No. 05-35852<br><br>D.C. No. CV-04-00081-RRB<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
MAR 0 5 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

Claudia L. Bernard
Circuit Mediator

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 26 2007
by: Deputy Clerk